FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00168-CR

PD-1312-14

5/11/2015

GENTRY, SAMUEL C.     Tr. Ct. No. 241-1540-12

The appellant's motion for bail, pursuant to Texas Code of Criminal Procedure, Art. 44.04(h), has this day been filed; ten (10) copies must be filed with this Court within three (3) days of this notice.   The motion will be presented to the Court ten days after the date of this notice.   A response, if any is desired, must be filed within the said ten days.   Please submit an original and ten (10) copies of your response.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 12 2015
TYLER TEXAS
CATHY S. LUSK, CLERK